IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY J. GUARINO, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:09-cv-80-MEF |
| | ) |
| AUBURN UNIVERSITY, *et al.*, | ) (WO) |
| | ) |
| Defendants. | ) |

## **FINAL JUDGMENT**

Pursuant to the Joint Motion to Dismiss (Doc. # 79), filed by the parties on June 28, 2010, it is hereby

ORDERED and ADJUDGED that the joint motion to dismiss is GRANTED and that this case is DISMISSED in its entirety with prejudice, each party to bear its own costs and expenses.

The Clerk of Court is DIRECTED to enter this document on the civil docket as a final judgment under Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 30th day of June, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE